# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WYNN RESORTS HOLDINGS LLC,

    Plaintiff(s),

v.

SAMANTHA LADD,

    Defendant(s).

2:05-CV-1455 JCM (PAL)

## ORDER

Presently before the court is plaintiff's, Wynn Resorts Holdings, LLC, affidavit of renewal of default judgment. (Doc. # 24). No opposition has been filed.

This court initially entered a default judgment against defendant on October 31, 2006. Plaintiff filed its affidavit of renewal of default judgment on October 22, 2012. NRS § 17.214 establishes the procedures for renewing a judgment.

Among other things, the party seeking to renew the judgment must file an affidavit of renewal of judgment "within 90 days before the date the judgment expires by limitation." NRS § 17.214. "An action on a judgment or its renewal must be commenced within six years under NRS § 11.190(1)(a); thus a judgment expires by limitation in six years." *Leven v. Frey*, 168 P.3d 712, 715 (Nev. 2007).

Plaintiff timely filed its affidavit of renewal of default judgment, and applied with all relevant statutory requirements.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's affidavit of renewal of default judgment (doc. # 24) be, and the same hereby, is GRANTED.

DATED December 10, 2012.

_____
UNITED STATES DISTRICT JUDGE